UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN T. WILSON, ET AL.,
    Plaintiffs,

-v-

    Case No. C2-11-539
    JUDGE SARGUS
    Magistrate Judge Kemp

CRST MALONE, INC., ET AL.,
    Defendants.

## AMENDED ORDER SETTING TRIAL DATE

The Court's Order Setting Trial Date entered on February 2, 2012 (Doc.# 11) is hereby **VACATED** in its entirety. The parties shall adhere to the following amended **trial schedule:**

| Date | Event |
|---|---|
| December 27, 2012 | Confidential assessment for settlement conference. See Section B for an explanation, and also for the parties' obligations prior to and during the Settlement Conference. |
| January 3, 2013<br>Thurs., 2:00 pm | Settlement conference. Parties shall inform the Court whether they intend to handle exhibits electronically. The Courtroom which will be used for the trial is fully equipped to handle electronic exhibits. |
| January 7, 2013 | Statement of witnesses, designations of deposition portions, and exhibit lists. Proposed case-specific jury instructions to be served on opposing counsel. (If the case will not be tried to a Jury, counsel shall disregard this provision and other provisions of this Order relating to Jury issues). |
| January 14, 2013 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| January 21, 2013 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| January 28, 2013 | Final pretrial order due. General areas of questions for voir dire. |
| January 31, 2013<br>9:00 am | Final pretrial conference. |
| February 11, 2013 | Voir dire, Trial - opening statements, presentation of evidence. |

The parties are directed to refer to the Court's <u>Original</u> Scheduling Order Setting Trial Date <u>(Doc. #11, filed 02/02/12)</u> for substantive direction as to the foregoing deadlines.

**IT IS SO ORDERED.**

2-9-2012

Date

EDMUND A. SARGUS, JR.

**UNITED STATES DISTRICT JUDGE**