UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRIAN T. WILSON,** *et al.,*

    **Plaintiffs,**

v.

**CRST MALONE INC.,** *et al.,*

    **Defendants.**

**Case No. 2:11-CV-00539**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence P. Kemp**

## AMENDED ORDER SETTING TRIAL DATE

As discussed at the January 3, 2013 Settlement Conference, the remaining portions of the Trial Schedule are **AMENDED** as follows:

| | |
|---|---|
| February 12, 2013 | Statement of witnesses, designations of deposition portions, and exhibits lists. Proposed case-specific jury instructions to be served on opposing counsel. |
| February 19, 2013 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| February 26, 2013 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| March 5, 2013 | Final pretrial order due. General areas of question for voir dire. |
| March 8, 2013 9:00 a.m. | Final Pretrial Conference |
| March 18, 2013 | Voir dire, Trial - opening statements, presentation of evidence. |

The parties are directed to refer to the Court's Original Scheduling Order Setting Trial Date (ECF No. 11) for substantive direction as to the foregoing deadlines.

IT IS SO ORDERED.

1-3-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE