UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN T. WILSON, *et al.*,

    Plaintiffs,

v.

CRST MALONE INC., *et al.*,

    Defendants.

Case No. 2:11-CV-00539
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

At the Court's March 8, 2013 Final Pretrial Conference, the parties informed the Court that they have settled this case. The parties are **DIRECTED** to file a **JOINT STATUS REPORT** within **THIRTY (30) DAYS** of this Order unless they have filed an appropriate dismissal entry prior to this date.

**IT IS SO ORDERED.**

3-21-2013
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**